## Commonwealth *v.* McGhee, Appellant.

Submitted September 14, 1970. *Jerome R. Verlin,* and *Dragon, Verlin & Galfand,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mackey, Appellant.

Argued September 21, 1970. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.